**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED CM
6/16/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES GARNER
(FATHER OF), BABY "F.I.G"

    Plaintiff(s),

    vs.

CITY OF CHICAGO, COOK COUNTY
STATE'S ATTORNEY KIM FOXX,

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**RANDOM**

Case No.

**1:22-CV-03185**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE GILBERT**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is    JAMES HENRY GARNER   .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, *UNKNOWN CHICAGO POLICE OFFICERS - #1 - #16*, is
   (name, badge number if known)

   ☒ an officer or official employed by *CHICAGO POLICE DEPARTMENT*;
   (department or agency of government)

   *UNKNOWN FOXX WORKERS - #1 - #9 AND ASSOCIATES - #1 - #7* or
   *FOXX WORKERS SAM DICKERSON AND RICHARD PECK*
   ☒ an individual not employed by a governmental entity.
   *UNKNOWN UNIVERSITY OF CHICAGO MEDICAL CTR-WORKERS-#1 -#9*
   *If there are additional defendants, fill in the above information as to the first-named
   defendant and complete the information for each additional defendant on an extra sheet.*
   *(NOTE: "SECTION - 4" HEREIN CONTINUES THEREIN #1-*

5. The municipality, township or county under whose authority defendant officer or official *ATTACHMENT)*

   acted is ___*CITY OF CHICAGO*___. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about *Nov. 9, 2020*, at approximately *8:00* ☐ a.m. ☒ p.m.
   (month,day, year)

   plaintiff was present in the municipality (or unincorporated area) of _____

   _____, in the County of *COOK*,

   State of Illinois, at *WALGREENS 1554 E. 55TH St., CHICAGO 60615*,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that
   applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had
   committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
   one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: *AS A RESULT OF A PEACEFUL FIRST AMENDMENT
   PROTECTED PROTEST (ON Nov. 7, 2020 AT 935 ARGYLE
   AVE., FLOSSMOOR, ILLINOIS) UNLAWFULLY SHUTDOWN BY
   MOB-STYLE THREATS FROM Kim FOXX, ON Nov. 9, 2020
   DEFENDANT MALICIOUSLY KIDNAPPED INNOCENT 12-MONTH
   OLD PLAINTIFF BABY "FIG" AND DESTROYED HER LIFE;*

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): BOTH UNKNOWN CHICAGO POLICE OFFICER-#1, WHO KIDNAPPED PLAINTIFF BABY "FIG" AT WALGREENS AND OFFICER-#2, WHO PARADED, HELD HOSTAGE, AND TERRORIZED BABY "FIG" AT THE POLICE STATION, WERE DONE UNDER THE AUTHORITY OF ONE OR MORE INTERRELATED DE FACTO POLICES, PRACTICES AND/OR CUSTOMS OF THE CITY OF CHICAGO,

8. Plaintiff was charged with one or more crimes, specifically: (NOTE: "SECTION-7 HEREIN CONTINUES THEREIN "#3 ATTACHMENT")

ON OCTOBER 27, 2016 PLAINTIFF FILED FEDERAL RICO CASE #16CV10108 AGAINST ILLINOIS WORKER, AND DEFENDANT FOXX'S PUBLIC OFFICE FILED MANY ILLEGAL RETALIATORY STATE CASES, INCLUDING #18120975201 –

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings JULY 12, 2018 FALSE ARREST

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]
#18120975201 ENDS MAY 31, 2019 NOLLE PROSEQUI

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows _____

_____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

1. ON NOVEMBER 7, 2020, FOXX TOLD PROTESTORS THAT SHE WAS FROM "CABRINI-GREEN", AND FOXX SAID "SHE HAD OTHER WAYS TO TAKE CARE OF THIS" [935 ARGYLE AVE./FLOSSMOOR, ILLINOIS — PROTEST ABOUT CASE 17CR0446808]!

2. ON NOVEMBER 8, 2020, TRUE TO FOXX'S THREATS, A UNKNOWN POLICE DETECTIVE STOPS PLAINTIFF'S RENTAL CAR NEAR 7100 S. STONY ISLAND, AVE, CHICAGO, ILLINOIS; DETECTIVE REFUSED TO IDENTIFY HIMSELF, AND TOLD PLAINTIFF TO TAKE ADULT MALE PASSENGER'S CELL PHONE TO UNLAWFULLY STOP VIDEO-TAPING, AND IMPROPERLY ASKED HOW LONG PLAINTIFF WILL BE RENTING CAR, BEFORE ASKING WHETHER BABY "FIG" WAS KIDNAPPED! (SEE "#2 ATTACHMENT: PLAINTIFF FURTHER ALLEGES")

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

SUB-HUMAN DEFENDANTS DELIBERATE DESTRUCTION OF MUCH REVERED BELOVED THEN 12-MONTH OLD PLAINTIFF'S DAUGHTER BABY "FIG"'S LIFE VIA KIDNAPPING, CAUSED PLAINTIFF TO SUFFER SEVERE PERMANENT EMOTIONAL TRAUMA!

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14.  Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.  Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.  ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.  Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: JAMES   GARNER

Plaintiff's mailing address: P. O.   Box

City CHicAGo                           State ILL.    ZIP 60680

Plaintiff's telephone number: (      ) N/A                        .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

BUSINESS CONSULT I @ YAHOO. COM

15.  Plaintiff has previously filed a case in this district. ☒ Yes  ☐ No

*If yes, please list the cases below.*
(SEE  "#1  ATTACHMENT", WHICH INCLUDES SoME
                                  PREViOUSLY FILED CASE NUMBERS
*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff. An additional signature page may be added.*  IN  BOLD & UNDERLINED  TYPE.)

# #1 -ATTACHMENT / "Additional Defendants"

**PRIVATE CITIZENS** & Entities (*In Alphabetical Order*):

Anita Alvarez

Philip Cocomise

Richard M. Daley

Richard Devine

University of Chicago (*UC [ Comer Children's Hospital ]*)

Unknown UC Workers -#1-#10 (*UC [ Comer Children's Hospital ]*)


**PUBLIC SERVANTS** (*In Alphabetical Order By Last Names*):

Sam Dickerson (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

Timothy Charles Evans (*Illinois / Cook County [Case-#17CR0446801]* )

Patricia Crutch (*Illinois* )

Robert Michael Dow Jr. (*Illinois / Cook County [**Federal** {Case-#14CV9880}]*)

Officer Fleming (*Illinois / Cook County [Chicago Police Department {Badge-#14875}]*)

Kim Foxx (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

Barbara Lynn Greenspan (*Illinois [Illinois Attorney General's Office {IAGO}]*)

Maxwell Griffin Jr. (*Illinois / Cook County [Cases-#16JA975, #16JA976,etc]* )

Christine Hake (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

Javeline Jemison (*Illinois* )

John Zihun Lee (*Illinois / Cook County [**Federal** {Cases-#16CV10108 & #21CV03431}]*)

Lori Lightfoot (*Illinois / Cook County [Chicago]*)

John Lyke (*Illinois / Cook County [Case-#17110425101 {#2143}]* )

J. Marguarett (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

Martha Maria Pacold (*Illinois / Cook County [**Federal** {Case-#20CV07337}]*)

R. Pask (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

JB Pritzker (*Illinois* )

Detective Redd (*Illinois / Cook County [Chicago Police Department {Badge-#20762}]*)

Steven Charles Seeger (*Illinois / Cook County [**Federal** {Case-#22CV00333}]*)

Manish Suresh Shah (*Illinois / Cook County [**Federal** {Cases-#12CV9994, 21CV03660,etc}]*)

Toni Washington (*Illinois / Cook County [Chicago Police Department {Badge-#20983}]*)

Unknown Cook County Workers -#1-#100 (*Illinois / Cook County [Cook County State's Attorney Office {CCSAO}]*)

Unknown Detective (*Illinois / Cook County* )

Unknown Illinois Workers -#1-#100 (*Illinois* )

Unknown Officers -#1-#25 (*Illinois / Cook County [Chicago Police Department ]*)

Unknown Sergeants -#1-#2 (*Illinois / Cook County [Chicago Police Department ]*)

City of Chicago ( *Illinois* )

Cook County State's Attorney Office ( *CCSAO* )

Illinois Attorney General's Office ( *IAGO* )

# "#2 -ATTACHMENT / Plaintiffs Further Alleges (continued)"

NOVEMBER 7, 2020 DEFENDANT KIM FOXX ATTACK BEGINS AT 935 ARGYLE AVE, FLOSSMOOR, ILLINOIS

3.        On SATURDAY **November 7, 2020**, Plaintiff's main witness/Defendant Mr. Philip

Cocomise(*Plaintiff's main witness therein currently pending State Criminal case-#17CR0446801*),

Protestor Mr. Kelvin Peoples, and Protestor Mr. Ray Johnson, were exercising their USA Constitutional

First Amendment rights, by engaging in a peaceful RALLY on the public sidewalk in front of 935 Argyle

Avenue, Flossmoor Illinois, when Defendant Foxx, along with Foxx's henchman/Defendant Sam

Dickerson suddenly appeared and confronted Protestors;

4.        Tall menacing clearly angry Defendant Foxx began cursing and violating the two

Protestors(*Peoples and Johnson's*) Constitutional rights by interfering and making it clear, that she had

the power to further injure Protestors, if they continued the peaceful RALLY;

5.        Thus, Defendant Foxx stated, "She was from **Cabrini-Green**(*former notorious infamous*

*Chicago housing complex better known as the violent gang-infested murderous* "**PROJECTS**", *where*

*many Chicago Citizens avoided at all cost....before it was humanely demolished....after so many*

*Subhuman producing years*)!"

6.        Defendant Foxx defamed and or LIED on the peaceful Protestors, when Foxx called them

"THUGS"!

7.        Unfortunately only Defendant Foxx was disgracefully behaving like a "THUG", who was

inexplicably allegedly elected Illinois law enforcement official and licensed Illinois Attorney, that made a

veiled RICO racketeering threat to use unlawful means to further abridge the rights of USA

Citizens(*whose Protesting threatened to expose Foxx's heinous RICO crimes*) and harm them, when

Foxx declared, "**She had OTHER WAYS to take care of this**!"

8.     Allegedly in fear of Defendant Fox's RICO mob, the illegally intimidated Defendant Cocomise quickly promised Defendant Foxx that he would forthwith shutdown the November 7, 2020-lawful peaceful RALLY and never again orchestrate a RALLY about Foxx in Flossmoor;

9.     Defendant Cocomise was allegedly so intimidated and afraid of being kidnapped, "framed", and persecuted by Defendant Foxx, like she had attacked Plaintiff for years, that **Defendant Dickerson was able to also coerce Cocomise into a plot to murder Plaintiff**, by having Cocomise AGREE to try to lure Plaintiff into communicating with Dickerson by "Email", so Foxx operatives could use such documented communication as grounds(...*creating a nexus between Plaintiff and Foxx Protestors*) to request that State Judge Callie Baird revoke Plaintiff's unjust $500,000-BOND and have "Plaintiff" jailed in a virus rife dungeon, for a false charge of intimidating and or threatening Prosecutor Foxx.

NOVEMBER 8, 2020 DEFENDANT KIM FOXX MOB CONTINUES ATTACK ON SUNDAY

10.     On SUNDAY **November 8, 2020**, Defendant Dickerson threatened Defendant Cocomise by phone call, after elderly Cocomise attended Church as usual, according to Cocomise;

11.     Thus, Defendant Foxx's RICO operative/Defendant Dickerson made Defendant Cocomise understand Foxx's RICO threat **that Cocomise would be held responsible** for any more attempts by anyone to Protest and expose Foxx crimes in Flossmoor or anywhere else.

12.     Also later, on that same SUNDAY Defendant Cocomise said he was verbally attacked and or threatened by phone;   Upon information and belief, Defendant Foxx's operative/Defendant "Unknown **DETECTIVE**", used flashing lights from a dark colored 4-door unmarked sedan, to induce Plaintiff, TO STOP the rented vehicle Plaintiff was driving near 7037 S. Stony Island Avenue/7100 S. Stony Island Avenue, Chicago, Illinois;

13.    Then, "**Detective**" exited the sedan making the traffic stop, approached Plaintiff's rental vehicle's front driver's side window, and asked Plaintiff for his driver's license;

14.    "Detective" asked both Plaintiff's wife Tina Turner and Plaintiff's passenger Bill James for identification, and said he wasn't trying to hear that, neither Turner nor James had identification available;

15.    When Plaintiff asked the "Detective" what was "Detective"'s reason for detaining Plaintiff, the "Detective" said that papers sitting on rental vehicle's front dashboard were illegal and just before leaving, the "Detective" **asked whether then 12-month old Baby "FIG" had been KIDNAPPED by her Mom Turner**, who was holding her;

NOV. 9, 2020 DEFENDANT LIGHTFOOT'S COPS KIDNAPPED **BABY** "**FIG**" ON MONDAY

16.    On MONDAY **November 9, 2020**, team of Chicago Cops, suddenly appeared at a Walgreens parking lot in Hyde Park Chicago, "blocked-in" Plaintiff's rental vehicle that Plaintiff was sitting in and Unknown Officer-#1(*short male*) ordered three adults, which included Plaintiff, James, and Turner...who was holding Baby "FIG", to exit vehicle;

17.    Defendant Unknown Officer-#2(*tall male*) kidnapped Baby "Fig" from her Mom Turner;

18.    Defendant Lightfoot's Unknown Officer-#1 took Plaintiff to police station at 5101 S. Wentworth, Chicago, Illinois; Where Plaintiff was taken to a room and soon Turner was brought into the room.

19.    Plaintiff's infant daughter then 12-month old Baby "FIG" was brought into the room by Unknown Sergeant-#1(*female*), who asked Turner what was Baby "FIG"'s name and when Turner asked for a lawyer, the Sergeant said she was taking Baby "FIG" and left the room with Baby "FIG", which was the last time Plaintiff or Turner saw Baby "FIG" alive.

20. Defendant Unknown Officer-#1 never charged Turner with any crime, released Turner at the station, and rendered conduct, which amounted to kidnapping Plaintiff's disabled wife Turner from the aforementioned Hyde Park Chicago Walgreens parking lot.

21. Defendant Unknown Officer-#1 never charged Turner with any crime, released Turner at the station, and rendered conduct, which amounted to kidnapping Plaintiff's infant daughter Baby "FIG" from the aforementioned Hyde Park Chicago Walgreens parking lot.

22. Defendant Unknown Officer-#1 never charged James with any crime, and rendered conduct, which amounted to kidnapping Plaintiff's passenger James from the aforementioned Hyde Park Chicago Walgreens parking lot.

23. According to James, who was taken along with Plaintiff's infant daughter Baby "FIG" by Defendant Lightfoot's Cops to Defendant University of Chicago's Comers Children's Hospital, where a crying Baby "FIG" was tortured along with James, who was beaten, violently subdued, imprisoned, drugged, taken by Defendant Pritzker's Illinois Workers to an Illinois office, before being abandoned near a Walgreens in a strange dangerous crime-rife South Shore Chicago neighborhood and maliciously left there, still dazed disorientated from drugging, to be deliberately harmed.

24. All Defendants conspired and or at some point, aided and abetted conspiracy to maliciously violate Plaintiff Constitutional Rights, including the FOURTEENTH AMENDMENT, which clearly states, "All persons born...and subject to the jurisdiction thereof, are citizens of the United States, and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States; Nor shall any State deprive any person of life, liberty, or property, without due process of law; Nor deny to any person within its jurisdiction the equal protection of the laws."

25.     By failing to arrest perpetrators/kidnappers, Defendant Unknown Chicago Officers-#1-10,

on November 9, 2020, conspired to maliciously violate Plaintiff Constitutional Rights, including the

FOURTEENTH AMENDMENT, which clearly states, "All persons born...and subject to the jurisdiction

thereof, are citizens of the United States, and of the State wherein they reside. No State shall make or

enforce any law which shall abridge the privileges or immunities of Citizens of the United States;

Nor shall any State deprive any person of life, liberty, or property, without due process of law; Nor deny

to any person within its jurisdiction the equal protection of the laws."; Thus, Defendant Unknown

Chicago Officers-#1-#10, failed to intervene to arrest perpetrators/kidnappers for unlawfully

incarcerating Plaintiff's daughter and disabled wife, in violation of the Fourteenth Amendment.

26.     Defendant Lightfoot's City of Chicago has a well settled history(*via late CPD Detective

Jon Graham Burge's notorious "Midnight Crew", Renaldo Guerava, Ronald Watts,etc,etc*) of

conspiring to cover-up kidnapping, torturing, and or destroying lives of poor men like Plaintiff...despite

the protections of our great USA Constitution AND Plaintiff last saw his innocent then 12-month old

daughter, frequently crying while being held by one of Lightfoot's Cops, AFTER Baby FIG was

kidnapped from her innocent Mother's arms without explanation, paperwork, or probable cause....like a

Slave off the coast of Africa...during the Trans-Atlantic Slave Trade.

ADDITIONALLY, THIS COMPLAINT INCLUDES REQUEST FOR RELIEF OF RICO
VIOLATIONS UNDER 18 U.S.C. 1961 PURSUANT TO INTERRELATED PREDICATE
OFFENCES COMMITTED BY HEREIN NAMED DEFENDANTS TO AID AND ABET THE
EXISTING "ILLINOIS KIDNAPPING RACKET"- **"ENTERPRISE"**; SPECIFICALLY INCLUDING
FOLLOWING INCIDENTS OF ***OBSTRUCTION OF JUSTICE*** COMMITTED AS PART OF AN
ONGOING CONSPIRACY TO SILENCE PLAINTIFF, BABY FIG'S MOM TURNER, AND SOME
OF PLAINTIFF ASSOCIATES, SINCE NOVEMBER 14, 1994

27.     On **November 9, 2020**, "**ENTERPRISE**" via Defendant Unknown Officer-#1 kidnapped

Plaintiff's baby daughter, then 12-month old Baby "FIG", who was later tortured by Unknown Sergeant-

#1 in front of Plaintiff and thus, Plaintiff was also tortured in this heinous barbaric manner, before never

seeing Baby "FIG" again alive.

28. On **November 9, 2020**, "**ENTERPRISE**" via Defendant Unknown Officer-#1 kidnapped Plaintiff's disabled wife Tina Turner, who has never been convicted of a crime, YET the "**ENTERPRISE**" has deliberately destroyed the lives of all THIRTEEN of her children, including TWELVE by kidnapping, from Turner's first child, then 3-year old "Baby" James Lee Garner on November 14, 1994 through her last child, Baby "FIG", who was KIDNAPPED on November 9, 2020 by Defendant Unknown Officer-#1, tortured, and never seen again alive, by Plaintiff or her Mom Tina Turner.

29. On **November 9, 2020**, "**ENTERPRISE**" via Defendant Unknown Officer-#1, allegedly under color of law, kidnapped Plaintiff, who has never been convicted of a felony.

30. On **November 9, 2020**, "**ENTERPRISE**" via Defendant Unknown Officer-#1 kidnapped Plaintiff's passenger James, who has never been charged with a crime.

31. On **January 9, 2021**, according to Defendant Cocomise, "**ENTERPRISE**" via Defendant Dickerson-#1 made unlawful visit to Cocomise's Elk Grove Village Illinois family home, terrorized Cocomise's wife, intimidated and threatened to kidnap Plaintiff's witness/associate/Cocomise.

32. Between **November 14, 1994 thru June 10, 2022**, the "**ENTERPRISE**" via all Defendants, on one or more occasions, rendered unlawful conduct designed to obstruct justice and or conspired to maliciously violate Plaintiff's Constitutional rights, intimidate Plaintiff, and forever silence Plaintiff plus Plaintiff's family, friends, and or associates, in furtherance of an immoral unlawful Subhuman plot to forever conceal, protect **ENTERPRISE**'s heinous multi-billion dollar kidnapping RICO ENTERPRISE that has systematically illegally targeted all TWELVE of Plaintiff's children and the children of all similarly situated poor Illinois Parents.

**Introduction To Plaintiff's First Federal RICO Case 16CV10108(***Filed On Oct 27, 2016***)**

33. On or around October 22, 2016, pursuant to Plaintiff's disabled ICU hospitalized then 4-

month old revered daughter Baby AMLR, Plaintiff retained prominent Chicago injury law firm that EMPLOYED Defendant Foxx, to prosecute a potential medical malpractice case.

34.     The sudden surprise October 2016 kidnapping of Plaintiff's revered daughter Baby AMLR caused Plaintiff to simultaneously file a TRO-motion and Federal case 16CV10108 against Defendants University of Chicago(*UC*) and Defendant State of Illinois Worker Patricia Crutch.

35.     October 27, 2016, Defendants immediately unlawfully retaliated by filing a State custody case(#*16JA594*) pursuant to Baby AMLR, AFTER Plaintiff rendered notice of the filing of Federal case 16CV10108.

36.     October 27, 2016, at the beginning of the late afternoon State case hearing, Plaintiff rendered a Federal file-stamped copy of the early-afternoon filed Federal case-16CV10108 Complaint to the State case(#*16JA594*) Judge, who indicated that he knew Defendant John Z. Lee well, but would be nevertheless proceeding with the State case(#*16JA594*) filed by Defendant Cook County State's Attorney's Office(*CCSAO*) then run by Defendant Anita Alvarez.

37.     October 31, 2016, at the beginning of the Halloween Federal TRO hearing for case 16CV10108, Defendant UC and Defendant Crutch's lawyers, including Defendant Illinois Attorney General's Office(*IAGO*), began obstructing justice by LYING to the Court/Defendant Lee by falsely stating that Plaintiff had wrongfully "started additional" Federal litigation(*case 16CV10108*) on October 27, 2016 to improperly APPEAL a State case ORDER in Federal Court.

38.     October 31, 2016, Plaintiff made the Federal Court(*case 16CV10108*) aware that Defendants had LIED to the Court, because no State case pursuant to Baby AMLR existed when case 16CV10108 was filed AND that it was the Defendants who had unlawfully started additional State case on October 27, 2016.

39. October 31, 2016, Plaintiff also asked the Court to call Defendant Crutch, who was present, to testify under oath, pursuant to being allowed to present Plaintiff's TRO motion and while the Court wrongfully denied Plaintiff's request for Crutch testimony and the TRO motion, Plaintiff didn't immediately appeal the Court's error, BECAUSE the Court repeatedly pledged that RICO case 16CV10108 would go forward and thus, the Defendants would be served, and Plaintiff would have an opportunity to assert Plaintiff's rights, including a future opportunity to examine Crutch, going forward.

40. November 7, 2016, Defendants escalated their unlawful retaliatory legal attack, by manufacturing TWO additional State custody cases(*#16JA975[Socrates] & #16JA976[Kimmy]*), pursuant to Plaintiff 's then 5-year old autistic daughter KV(*aka "Kimmy"*) and then 15-year old son JES(*aka "Socrates"*), that would be used to create TWO illegal Juvenile warrants and lay the foundation or create a pretext in 2017 to fabricate additional TWO fraudulent 2017-State cases(*#17110425101 & still pending #17CR0446801*) against Plaintiff.

41. November 15, 2016, Plaintiff filed another TRO to address the unlawful aforementioned November 7, 2016 retaliation by Defendants and the Court/Defendant Lee, via Court ORDER(*case 16CV10108*), set a November 17, 2016 TRO hearing.

42. November 16, 2016, the Court/Defendant Lee, via Court ORDER(*case 16CV10108*), *(1)* unlawfully maliciously stated an offensive defamatory LIE about Plaintiff's conduct on October 27, 2016; when Lee deliberately falsely accused Plaintiff of filing an improper retaliatory October 27, 2016-Federal Lawsuit AFTER a State Judge had rendered a Court ORDER pursuant to Baby AMLR, AND *(2)* Lee used his LIE as a pretext to cover-up his wilful wanton decision to commit the crime of obstruction of justice and RENEGE on his aforementioned October 31, 2016-PLEDGE(*that Defendants would be served*), as Lee's LIE also was used as grounds to unjustly dismiss Plaintiff's lawsuit/case 16CV10108.

RAMIFICATIONS OF DEFENDANT LEE'S DOCUMENTED LIE, MISCONDUCT, AND CRIMES: THE "**ENTERPRISE**", WHICH INCLUDES LAWSUIT(*case 16CV10108*) DEFENDANTS, "**OPEN SEASON** ON FEDERAL LAWSUIT(*case 16CV10108*) PLAINTIFFS AND PLAINTIFF'S CHILDREN"

43.    January 26, 2017, Defendant CCSAO, including Defendant Foxx's Defendant Assistant State's Attorneys(*ASA*) J Marguarett and R. Pask, maliciously foisted fraud upon a State Court via case-17110425101, by knowingly filing an untruthful sworn Complaint signed under oath by Defendant Illinois Worker Javeline Jemison that garnered an "ARREST WARRANT" that falsely indicated that Plaintiff MURDERED two of Plaintiff's children, who were living safely happily with their Mom/Plaintiff's disabled wife Turner, as the "**ENTERPRISE**", via the CCSAO, was manufacturing a bogus Child Abduction criminal case as a pretext to kidnap Plaintiff under color of law via warrant, in an unlawful further retaliation for Plaintiff's RICO Lawsuit(*case 16CV10108*) AND to obstruct justice pursuant to Plaintiff's Lawsuit(*case 16CV10108*) that was under Appeal, WHILE upon information and belief, Foxx was still Plaintiff's attorney via Foxx's employment with Powers Rogers & Smith,PC, who was retained by Plaintiff on or around October 22, 2016.

44.    January 26, 2017, Defendant CCSAO, including Defendant Pask, maliciously foisted fraud upon a State Court via case-17110425101, by knowingly filing an untruthful sworn Complaint signed by Defendant Chicago Police Officer Detective Redd Badge-#20762 that garnered an unlawful "SEARCH WARRANT" that, under color of law, was used to illegally break into Plaintiff's "African Nation One and Only Church of Prosperity"-CHURCH that was then located at 7214 S. Ashland Avenue Chicago Illinois 60636, steal property, destroy evidence, and maliciously leave the CHURCH wide open to be looted in a dangerous South-side drug-addict rife neighborhood, in furtherance of the aforementioned ongoing conspiracy to obstruct justice and silence Plaintiff.

45.    February 28, 2017, Defendant Redd Badge-#20762 and other gun-pointing Unknown Officers, using the aforementioned unlawfully garnered "ARREST WARRANT", under color of law, illegally burst into a room where Plaintiff' was sitting at a table working on a laptop computer and Redd

threatened to steal computer; Cops *(1)* threatened to "body-slam" then 16-year old disabled child

Socrates, *(2)* **kidnapped** Plaintiff, *(3)* "hand-gagged"(*cop put his dirty hand over mouth*) disabled

Turner, *(4)* hysterical shouting laced with profanity, *(5)* hand-cuffed Plaintiff and *(6)* took-away, arrested,

detained, incarcerated, and or **kidnapped** 4-people from a suburban Cook County hotel room that wasn't

rented by Plaintiff. Turner, who was not charged, was threatened by Redd with arrest and Redd again

threatened to steal laptop plus other valuables(*diamond rings, cell phones, documents, $,etc*) therein 2-3

bags and or brief-cases filled with property that Turner was carrying, IF Turner didn't accompany him to

police station(*737 east 111th street[?]*) to talk to a Defendant CCSAO Unknown Worker-#1(*E-A male*)

that attempted to illegally coerce Turner to be a witness against Plaintiff.

46.     February 28, 2017, At the station, **kidnapped** Turner was incarcerated in room for 4 to 5

hours, before Defendant CCSAO Unknown Worker-#1(*E-A male*) arrived to interrogate Turner for a

few minutes and when Turner asked to talk to a lawyer, Defendant CCSAO Unknown Worker-#1(*E-A

male*) threatened to charge Turner, if she didn't continue answering his questions. Finally, Unknown

Officer-#10(*A-A*) took Turner back to hotel, without her kids(*Kim or Socrates*).

47.     On **February 28, 2017**, "**ENTERPRISE**" via Defendant Redd Badge-#20762, under

color of law, using the aforementioned unlawfully garnered "JUVENILE WARRANT", **kidnapped**

Plaintiff's daughter, then 6-year old "Kimmy", before Plaintiff never saw "Kimmy" alive again.

48.     On **February 28, 2017**, "**ENTERPRISE**" via Defendant Redd Badge-#20762, under

color of law, using the aforementioned unlawfully garnered "JUVENILE WARRANT", **kidnapped**

Plaintiff's son, then 16-year old "Socrates".

49.     March 2017, Defendant CCSAO, including Defendant Christine Hake, maliciously foisted

fraud upon a State Court GRAND JURY via case-17110425101, by knowingly presenting untruthful

sworn testimony by Defendant Redd Badge-#20762 that garnered an unlawful "INDICTMENT" that,

under color of law, was used to illegally manufacture **currently pending State Court Case-#17CR0446801** (*titled "People vs James Garner"*) against Plaintiff AND thus, such conspiring RICO Defendants forced Plaintiff to borrow $50,000 to be released after multiple weeks of wrongful incarceration on an unjust $500,000-D-bond that was initially $1,000,000 pursuant to TWO fraudulent MURDER charges....later switched(*after outrageously un-Constitutional $1-million bail bond garnered*) to Class-4 Felony Child Abduction charges manufactured on January 26, 2017 due to such Defendant's aforementioned fraud upon the Court, in furtherance of the aforementioned ongoing conspiracy to obstruct justice and silence Plaintiff.

50.     July 12, 2018, Defendant CCSAO, maliciously foisted fraud upon a State Court via case-18120975201, by knowingly filing an untruthful sworn Complaint signed by Defendant Chicago Police Officer Fleming, Badge-#14875 that garnered an unlawful "Misdemeanor Dumping Case" that, under color of law, was used to unlawfully seize Plaintiff's vehicle, ruin Plaintiff's credit, **kidnap** Plaintiff, falsely imprison Plaintiff, and force Plaintiff to appear at about NINE hearings(*August 9, 2018, September 10, 2018, November 30, 2018, January 30, 2019, February 27, 2019, March 13, 2019, April 22, 2019, & May 31, 2019*), before CCSAO dropped the malicious harassing bogus case in May 31, 2019.

SOME DEFENDANTS AND OR ENTITIES AIDING AND ABETTING AFOREMENTIONED
ILLINOIS RICO "**ENTERPRISE**"'S AFOREMENTIONED ONGOING CRIMINAL CONSPIRACY
TO OBSTRUCT JUSTICE AND PLOT TO SILENCE PLAINTIFF, PLAINTIFF'S FAMILY, AND
ANY WITNESS AND OR ASSOCIATE ASSISTING PLAINTIFF IN THEIR EFFORT TO FREE
THEIR CHILDREN AND ALL USA CITIZENS FROM ILLEGAL ILLINOIS LAWS THAT
AMOUNT TO A SYSTEM OF HIDDEN SLAVERY AND OBTAIN JUSTICE FOR A 28-YEAR
MALICIOUS SUBHUMAN ATTACK ON PLAINTIFF'S FAMILY THAT BEGAN ON
NOVEMBER 14, 1994

51.     On **October 31, 2016**, Defendant John Zihun Lee, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-16CV10108, which violated Plaintiff's Constitutional rights, in

furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, Lee blocked Plaintiff from presenting TRO motion witness/Defendant Crutch, condoned Defendant lying, PLEDGED that Defendants would be served with Plaintiff's Complaint, and Lee later reneged on such pledge.

52.     On November 7, 2016, Defendant Maxwell Griffin Jr., committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to State Court custody cases(#*16JA975* & #*16JA976*), which violated Plaintiff's Constitutional rights, in furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, Griffin blocked Plaintiff from presenting evidence to prove Defendant CCSAO witness/Defendant Crutch committed crime of PERJURY, condoned Defendant lying, PLEDGED that Plaintiff could present recorded evidence, and Griffin later reneged on such pledge.

53.     On November 16, 2016, Defendant Lee, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-16CV10108, which violated Plaintiff's Constitutional rights, in furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, therein Lee's Court ORDER, Lee LIED on Plaintiff to manufacture fraudulent grounds to wrongfully dismiss Plaintiff's lawsuit, despite Lee's aforementioned October 31, 2016-pledge.

54.     On or around, **October 3, 2017**, Defendant Robert Michael Dow Jr., committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-14CV9880, which violated Plaintiff's Constitutional rights, in furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, Dow appointed known "**ENTERPRISE**" operative/former Defendant CCSA Richard Devine as Plaintiff's wife's attorney and wrongfully used "**ENTERPRISE**" manufactured aforementioned unlawful $500,000-bail bond imposed on Plaintiff as a pretext to sabotage federal case, by using such

unjust bond as grounds to remove Plaintiff's disabled wife Turner's Court provided Attorney and, thus cause case to be dismissed.

55.     On June 29, 2021, Defendant Lee, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-21CV03431, which violated Plaintiff's Constitutional rights, in furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, therein Lee's Court ORDER, Lee unlawfully invoked Plaintiff's name as a pretext to manufacture fraudulent grounds to wrongfully dismiss Plaintiff's disabled wife Turner's lawsuit...as Lee LUDICROUSLY implied that the corrupt Subhuman Illinois Defendants could violate Turner's Constitutional rights because such Defendants had successfully "framed" Plaintiff with Lee's 2016 help, in 2017, pursuant to aforementioned herein bogus child abduction charges(***currently pending* State Court Case-#17CR0446801** *[titled "People vs James Garner"]*);

56.     Moreover, IN LIGHT OF THE FACT that Lee's unethical RENEGING on his aforementioned October 31, 2016-PLEDGE...surely needlessly caused Baby FIG's November 9, 2020 kidnapping and destruction of this innocent child's life, it is despicable that on June 29, 2021 via Lee's Court ORDER, Lee also heinously callously deems the Defendant's documented deliberate destruction of Baby FIG's life as being "implausible", "frivolous", "fanciful",etc.

57.     On August 30, 2021, Defendant Manish Suresh Shah, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-21CV03660, which violated Plaintiff's Constitutional rights, in furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In that, therein Shah's Court ORDER, Shah admitted that his previous ORDER was wrong and Plaintiff was RIGHT, but Shah nevertheless LIED on Plaintiff to manufacture fraudulent grounds to wrongfully deny Plaintiff's "Motion to Reconsider", pursuant to aforementioned 2017 "**ENTERPRISE**", via

Defendant Redd, raided Church building that was at 7214 S. Ashland Ave.

58.     On February 28, 2022, Defendant Steven Charles Seeger, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-**22CV00333(*James vs. Chicago*)**, in furtherance of the aforementioned ongoing criminal conspiracy against THIS PLAINTIFF(*GARNER*);
In that, therein Seeger's Court ORDER, Seeger repeatedly LIED about "Amended Complaint" content to manufacture fraudulent grounds to dismiss **Plaintiff James' case** to protect the "**ENTERPRISE**".

59.     On April 7, 2022, Defendant Martha Maria Pacold, committed the RICO crime of obstruction of justice pursuant to rendering documented unlawful, unjust, and or unethical misconduct, pursuant to Federal Court Lawsuit #-**20CV07337(*James vs. Chicago*)**, in furtherance of the aforementioned ongoing criminal conspiracy against THIS PLAINTIFF;
In that, therein Pacold's Court ORDER, Pacold repeatedly LIED about "Amended Complaint" content AND unlawfully invoked THIS PLAINTIFF's name(*GARNER*) as a pretext to manufacture fraudulent grounds to wrongfully dismiss dismiss **Plaintiff James**' case against the unethical Pacold's ALMA MATA/Defendant University of Chicago(*UC*), as "frivolous" to protect the "**ENTERPRISE**", which includes Defendant UC;
Additionally, Pacold ignored the blatant conflict of interest and refused to recuse herself from her ALMA MATA's case when it was initially filed in 2020 and maliciously continuously rendered documented misconduct, like vexatious delay and legal trap attempts, to repeatedly try to sabotage the case, appealed THREE times.

60.     On or around June 8, 2022, Defendant Timothy Charles Evans eloquently respectfully STATED(*according to the Chicago Sun-Times newspaper reporter Ms. Fran Speileman*), *(1)*"*I respectfully disagree that the automatic detention in jail of defendants facing certain categories of charges is a Constitutional practice under the United States and Illinois Constitutions;*", *(2)*"*Pre-trial*

*detention....; Its purpose IS NOT, however, to PUNISH by depriving people of their liberty for crimes*
*for which they HAVE NOT BEEN CONVICTED;" **(3)**"In making bail decisions, JUDGES MUST BE*
*'UNBIASED'....;" **(4)**"The LAW 'requires that DEFENDANTS shall be released on the LEAST*
*RESTRICTIVE CONDITIONS....;"* AND **(5)**"In our justice system, the accuser is not the adjudicator;"*,
WHICH proves Defendant Evans KNOWS THE LAW, YET Defendant Evans knowingly presides over
an unlawful Cook County Kangaroo Court System that amounts to a RICO organized crime family that
maliciously repeatedly committed the RICO crime of obstruction of justice pursuant to rendering
documented unlawful, unjust, and or unethical misconduct, pursuant to State Court custody
cases(#*16JA975* & #*16JA976*) AND more specifically, **currently pending State Court Case-
#17CR0446801** (*titled "People vs James Garner"*), which violated Plaintiff's Constitutional rights, in
furtherance of the aforementioned ongoing criminal conspiracy against Plaintiff and Plaintiff's family; In
that, in 2020 Defendant Evans rendered an unjust Court ORDER which wrongfully blocked Plaintiff from
being able to enter the Domestic Courthouse at 555 W. Harrison Street, Chicago, Illinois AND
unlawfully caused Plaintiff to fail to appear for a hearing pursuant to persecution case-#17CR0446801
that led to Defendant CCSAO requesting a Warrant, which was manufactured as a pretext to, under color
of law, **kidnap** Plaintiff on **November 9, 2020** AND to attempt to MURDER an elderly disabled Plaintiff
in an extra dangerous virus rife Cook County Jail where Plaintiff narrowly escaped death by being bonded
out of Jail for an UNCONSTITUTIONAL SECOND BAIL BOND OF **$7,500** on or around November
17, 2020, while the "**ENTERPRISE**" continues to hold the original un-Constitutional **$50,000** March
2017 bail bond manufactured by fraudulently rendering pleadings that falsely indicated that Plaintiff had
murdered TWO of Plaintiff children.

      61.     Between November 14, 1994 thru June 10, 2022, Defendant Evans has run an illegal un-
Constitutional Cook County 'Kangaroo' rigged Court system that has unlawfully rendered Court
ORDERS that allowed "**ENTERPRISE**" criminal operatives, under color of law, to repeatedly raid
Plaintiff controlled real estate pursuant to multiple locations, steal such real estate, steal multiple Plaintiff

vehicles, kidnap TWELVE of Plaintiff's children and repeatedly kidnap Plaintiff and Plaintiff's wife
Turner, who has never been convicted of a crime.

62.     Moreover, between November 14, 1994 thru June 10, 2022, despite Defendant Evans
aforementioned herein June 8, 2022 honorable Human statements, Subhuman Defendant Evans has run
an illegal un-Constitutional Cook County 'Kangaroo' rigged Court system that has unlawfully rendered
Court ORDERS that allowed "**ENTERPRISE**" criminal operatives, under color of law, to repeatedly
KIDNAP scores innocent children of targeted poor Parents, who are indeed systematically inhumanely
punished BEFORE being charged....let alone convicted of ANY crime AND denied their right to a JURY
TRIAL to decide the custody of their children in Juvenile Court, as Baby FIG's November 9, 2020
kidnapping undoubtedly proves.

63.     Furthermore, on July 8, 2011, despite Defendant Evans aforementioned herein June 8,
2022 honorable Human statements, Defendant Evans, via his Presiding Judge sent an apology letter
addressed to Plaintiff stating, "***Honorable James Garner; Dear Mr. Garner: I APOLOGIZE FOR
YOUR EXPERIENCE IN THE CIRCUIT COURT......Very truly yours, E. Kenneth Wright, Jr***", in
response to Plaintiff's communication to Defendant Evans pursuant to his illegal un-Constitutional Cook
County 'Kangaroo' rigged Court system that was rendering unlawful Court ORDERS that maliciously
violated Plaintiff's Constitutional rights in **2011** AND YET, despite such apology, Defendant Evans has
allowed his "**ENTERPRISE**" criminal operatives, under color of law, to repeatedly, with impunity,
continue to maliciously violate Plaintiff's Constitutional rights, AS RECENT as, for example, the **May
17, 2022**-State case-#17CR0446801 HEARING, where the State Court Judge obstructed justice by
blocking the testimony of Defendant Foxx, who had been properly Subpoenaed pursuant to Plaintiff's
"Motion To Dismiss", AND such State Court Judge unjustly DENIED the motion, AFTER forcing
Plaintiff to present such motion without the Foxx testimony that would have ended this shameful illegal
persecution, because Defendant CCSAO would have asked the Court to dismiss the case rather than have

Foxx either commit perjury OR testify that she committed crimes on November 9, 2020, as Plaintiff's motion, with at least three attached Witness Affidavits, clearly alleged.

64.     For the record, Plaintiff alleges that December 3, 2020-filed Federal Court Case-#20CV07337(*Bill James vs. Kim Foxx*), since then 19-year old James basically alleges he is yet another "Illinois Kidnap RICO Racket" victim, is further proof that Defendant Foxx, Defendant Evans, Defendant Lori Lightfoot, Defendant JB Pritzker, and other, herein named, Subhuman Defendants, are part of the Illinois kidnapping "**ENTERPRISE**", that condoned, conspired and or controlled criminal operatives that heinously kidnapped Plaintiff's beloved infant daughter Baby FIG on **November 9, 2020** and destroyed her innocent life for blood money.

65.     For the record, Plaintiff alleges that January 19, 2022-filed Federal Court Case-#22CV00333(*Bill James vs. Kim Foxx*), since 21-year old James basically alleges he is yet another "Illinois Kidnap RICO Racket" victim, is further proof that Defendant Foxx, Defendant Evans, Defendant Lori Lightfoot, Defendant JB Pritzker, and other, herein named, Subhuman Defendants, are part of the Illinois kidnapping "**ENTERPRISE**", that condoned, conspired and or controlled criminal operatives that heinously kidnapped Plaintiff's beloved infant daughter Baby FIG on **November 9, 2020** and destroyed her innocent life for blood money.

66.     For the record, Plaintiff alleges that May 4, 2022-filed Federal Court Case-#22CV02336(*Latoya Ware vs. Kim Foxx*), since 20-year old Ware basically alleges she is yet another "Illinois Kidnap RICO Racket" victim, is further proof that Defendant Foxx, Defendant Evans, Defendant Lori Lightfoot, Defendant JB Pritzker, and other, herein named, Subhuman Defendants, are part of the Illinois kidnapping "**ENTERPRISE**", that condoned, conspired and or controlled criminal operatives that heinously kidnapped Plaintiff's beloved infant daughter Baby FIG on **November 9, 2020** and destroyed her innocent life for blood money.

**COUNT I: 42 U.S.C. 1983 - Fourth Amendment Claim**
(Against All Defendants, except Philip Cocomise)

67.     Each paragraph of this Complaint is incorporated as if restated fully and set forth herein.

68.     In the manner described more fully above, Defendants accused and or conspired to accuse Plaintiff of criminal activity and exerted influence to initiate, continue, and perpetrate Judicial proceedings against Plaintiff without any probable cause for doing so and in spite of the fact that such Defendants knew Plaintiff was innocent.

69.     In doing so, Defendants caused Plaintiff to be unreasonably seized without probable cause and deprived of Plaintiff's liberty, in violation of Plaintiff's rights secured by the Fourth Amendment.

70.     The false Judicial proceedings against Plaintiff were instituted and continued maliciously, resulting in injury.

71.     As a result of Defendants' misconduct described in this Count, Plaintiff suffered loss of liberty, great mental anguish, humiliation, degradation, emotional pain and suffering, physical deprivation and discomfort, and other grievous and continuing injuries and damages as set forth above and herein.

72.     Defendants' misconduct described in this Count was undertaken pursuant to the policies, practices, and customs of Defendant Kim Foxx as Cook County State's Attorney, Defendant Evans as Chief Judge of the Circuit Court of Cook County, Defendant Lori Lightweight as Mayor of Chicago, and or Defendant JB Pritzker as Governor of Illinois, in the manner described more fully above.

**COUNT II: Abuse of Process**
(Against All Defendants, except Philip Cocomise)

73.     Each paragraph of this Complaint is incorporated as if restated fully and set forth herein.

74.     The Defendants took the actions described more fully above, including instituting and continuing a criminal proceeding against the Plaintiff, with an ulterior purpose or motive other than

resolving a legal dispute or resolving the guilt or innocence of Plaintiff for any crime. The Defendants

also committed willful acts in the use of the legal process which were not proper in the regular conduct of

criminal proceedings. The Defendants used their unique ability to indict, arrest, and prosecute people and

Defendants' control of the Courts for improper, unlawful means.

75.    Defendants were acting under color of law and within the scope of their employment when

they took these actions.

### COUNT III: Indemnification
(Against All Defendants, except Philip Cocomise)

76.    Each paragraph of this Complaint is incorporated as if restated fully and set forth herein.

77.    Under Illinois law, Cook County has an obligation to indemnify Cook County officials,

such as Defendant Foxx, and other unknown County employees, for any Judgment entered in this case,

making the County a necessary party to this Complaint.

### COUNT IV: 42 U.S.C. 1983 - Deprivation of Rights
(Against All Defendants, except Philip Cocomise)

78.    Each paragraph of this Complaint is incorporated as if restated fully and set forth herein.

79.    Plaintiff has a Constitutionally protected Liberty interest and Right to custody of Baby

"FIG".    *See e.g., Quilloin v. Walcott*, 434 U.S. 246, 255 (**1978**) ("[T]he relationship between

Parent and Child is Constitutionally protected"); Traxel v. Granville, 530 U.S. 57, 65-**66** (**2000**) ("In light

of.....extensive precedent, it cannot now be doubted that the Due Process Clause of the Fourteenth

Amendment protects the fundamental right of Parents to make decisions concerning the care, custody,

and CONTROL of THEIR Children");

80.     Accordingly, Defendants have conspired to deprive Plaintiff of his equal protection rights, pursuant to the Fourteenth Amendment of the Constitution of the United States.

81.     Parents have a Right under the Constitution of the United States, and the laws f the United States to live with THEIR Children FREE from involvement of Defendants, absent PROOF by clear, cogent and convincing evidence of abuse, neglect, or dependency being produced in a Court of law that is in compliance with the Constitution of the United States.

82.     Children have a Right under the Constitution of the United States, and the laws f the United States to live with THEIR Children FREE from involvement of Defendants, absent PROOF by clear, cogent and convincing evidence of abuse, neglect, or dependency being produced in a Court of law that is in compliance with the Constitution of the United States.

83.     Children and Parents(the named Plaintiff and or class Plaintiffs) have the Right to live together as a Family WITHOUT Government interference.

84.     On November 9, 2020 and or at the times relevant, the Defendants, as set forth herein, lacked any legal Right to kidnap and or remove Baby "FIG" from her Parents.

85.     On November 9, 2020 and or at the times relevant, there existed no legal authority for the Defendants, as set forth herein, lacked any legal Right to kidnap and or remove Baby "FIG" from her Parents.

86.     On November 9, 2020 and or at the times relevant, the conduct on behalf of the Defendants towards Plaintiffs shocks the Conscience and at no time relevant is supported in Law or Fact.

87.     The Right to Parent one's Child is enshrined in the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

88.     The Defendants' conduct violated clearly established Constitutional Rights of the named Plaintiffs.

89.     Defendants' actions deprived both Plaintiffs of their Constitutional Rights and violated Plaintiffs Rights to both procedural and substantive Due Process.

90.     Defendants' actions resulted in a kidnapping and an unlawful seizure of Baby "FIG" on November 9, 2020, in violation of the Fourth Amendment to the Constitution of the United States.

91.     Defendants' actions unlawfully deprived Plaintiff and Baby "FIG" on November 9, 2020, of their respective Freedom to associate with each other in violation of the First Amendment to the Constitution of the United States.

92.     Defendants' actions unlawfully deprived Plaintiffs on November 9, 2020, of procedural Due Process by interfering with their Freedom of association in violation of their Rights under the First Amendment to the Constitution of the United States.

93.     Defendants each engaged in conduct in furtherance of the object of this conspiracy and induced others to engage in conduct in furtherance of those conspiracies.

94.     Defendants engaged in such conduct in bad faith and with intentionally, recklessly, and callous disregard for, and deliberate indifference to Plaintiffs' Rights.

95.     As a direct and foreseeable consequence of this deprivation; Plaintiff and Baby "FIG" were separated in excess of 575-days. As a direct and foreseeable consequence of this conduct, Plaintiff and Baby "FIG" suffered pain and suffering, emotional trauma and distress, mental anguish, and plaintiff was prevented from providing for the care, custody, and CONTROL of Baby "FIG" during a valuable and critical time of minor Child's formative years.

96. The fundamental Right to Familial relations is Constitutionally protected.

97. There is no rational basis for Defendants, who are Public Servants, to make the arbitrary and capricious decision to afford the protections of "Due Process" to some individuals, while ignoring them for others.

98. All named and unnamed Plaintiffs, suffered damage and irreparable harm by the acts, conduct and results of Defendants, in that their families were TORN apart, the relationship between their Siblings, Parents and Family were damaged or DESTROYED resulting in emotional trauma, pain and suffering.

99. It is beyond dispute that one of the Fundamental Rights enjoyed by all Parents under the United States Constitution, is the Right to raise THEIR Children without Government interference.

100. Moreover, named and unnamed Defendants, who are Public Servants, have committed, conspired to commit, and or helped covered-up crimes and rendered conduct that amounts to an attempt to ENSLAVE Plaintiff and unlawfully repeatedly subject Plaintiff to cruel and unusual punishment, because Plaintiff has continuously resisted Illinois "Hidden SLAVERY" and demanded all of Plaintiff's Rights, under the Constitution of United States of America AND will continue to do so, for as long as God allows Plaintiff the strength to fight for Justice for all THIRTEEN of Plaintiff's innocent Children, who have had their lives maliciously destroyed by these Subhuman Defendants that are criminals.

101. The intentional, willful, wanton, malicious and oppressive conduct of the Defendants are the proximate cause of injuries sustained by the Plaintiffs. As a result, Plaintiffs are entitled to punitive damages.

102. Plaintiffs are entitled to an award of Attorney's Fees pursuant to 42 U.S.C. 1988(b) and other applicable Federal and state statues covering the allegations as set forth herein.

FIVE PERTINENT EXHIBITS(*VIA "G"-Law Office: "21-Exhibit "Garner Family[Holocaust]"-Related Archive*), INCLUDING **EXHIBIT-#10**, WHICH IS PRIMA FACIE EVIDENCE THAT IRREFUTABLY PROVES THE "ILLINOIS KIDNAPPING RACKET"-"**ENTERPRISE**", VIA HEREIN NAMED AND OR UNNAMED DEFENDANTS, COMMITTED CRIMES AGAINST PLAINTIFF ON JANUARY 26, 2017, IN FURTHERANCE OF AN UNLAWFUL RETALIATION FOR PLAINTIFF FILING FEDERAL RICO CASE-#16CV10108 AND TO ILLEGALLY MANUFACTURE A FRAUDULENT PERSECUTION STATE CASE-#17CR0446801, AS A WAY TO CONTINUOUSLY ATTEMPT TO MURDER AND OR ATTACK PLAINTIFF

103.    *EXHIBIT-#9-*"COMPLAINT";     On **January 26, 2017**, Defendant CCSAO

fraudulently filed sworn lies upon the Court from "ILLINOIS KIDNAPPING RACKET"-

"**ENTERPRISE**" Operatives, including Defendant CCSAO, unethical Defendant Kim Foxx, whose Law-

firm(*Power Rogers & Smith P.C.*) was simultaneously representing Plaintiff, and Defendant Javeline

Jemison, who conspired to manufacture the un-Constitutional illegal retaliatory fraudulent **January 25,**

**2017**-State Criminal case-#17110425101-**COMPLAINT** pursuant to committing the crime of filing a

false police report against Plaintiff; To also commit the RICO crime of Obstruction of Justice pursuant to

Plaintiff's Federal RICO case-#16CV10108;

104.    *EXHIBIT-#10-*"ARREST WARRANT";     On **January 26, 2017**, Defendant CCSAO

fraudulently filed lies upon the Court from "ILLINOIS KIDNAPPING RACKET"-"**ENTERPRISE**"

Operatives, including Defendant CCSAO Worker J Marguarett, Defendant Kim Foxx, Defendant

Chicago Police Officer Detective Toni Washington-#20983 and Defendant Javeline Jemison, who

conspired along with Defendant John Lyke-#2143 to manufacture the un-Constitutional illegal retaliatory

fraudulent **January 26, 2017**-State Criminal case-#17110425101-**ARREST WARRANT** pursuant to

committing the RICO crimes, under color of law, of **kidnapping** and **attempted murder** against

Plaintiff, WHO WAS HEINOUSLY FALSELY ACCUSED OF MURDERING TWO OF PLAINTIFF'S

THIRTEEN CHILDREN in an unlawful successful scheme to garner an Un-Constitutional excessive

$1,000,000-bail **bond**(*for two bogus Class-Four Abduction Felony charges*) **designed** to cause elderly

disabled Plaintiff to unjustly spend years behind bars....unable to raise the $100,000-cash required to post

bail at best OR that Plaintiff die in the very unhealthy dangerous dungeon better known as Cook County

Jail; To also commit the RICO crime of Obstruction of Justice pursuant to Plaintiff's Federal RICO case-#16CV10108; As such illegal WARRANT was used to kidnap Plaintiff on **February 28, 2017** and incarcerate Plaintiff for about three weeks, before Plaintiff had to borrow $50,000-cash to be released from aforementioned dangerous dungeon.

105.    *EXHIBIT-#21 C-*"NEWS ARTICLE";        **May 25, 2022**, news article about USA Plaintiff Lorie Smith, zealously unlawfully attacked, in violation of her Constitutional Right, under the First Amendment, to FILE A LAWSUIT, just like Plaintiff filed Federal RICO case-#16CV10108 AND WAS ALSO UNLAWFULLY ATTACKED IN ILLEGAL RETALIATION BY DEFENDANTS. Thus, this **news article** clearly proves *(1)* that Federal Plaintiff's are being unlawfully retaliated against and viciously attacked for filing Federal lawsuits and *(2)* that Plaintiff's will have to ask Federal Judge's for "Restraining ORDERS" to be able to prosecute Defendants.

106.    *EXHIBIT-#21 D-*"NEWS ARTICLE";        **June ll, 2022**, news article about Defendant Kim Foxx, confessing to committing a battery against Kelley Foxx, who called Police on June 4, 2022 and Police violated Kelly's Constitutional Right, by failing to arrest Kim Foxx for unlawfully attacking him. Thus, this **news article** clearly proves *(1)* that Defendant Kim Foxx is a criminal, being unlawfully protected by Subhuman Public Servants that refuse to follow the law and *(2)* that Defendant Kim Foxx will continue to illegally operate ABOVE the law and continue destroying innocent people, like Baby "FIG" and Latoya Ware, UNLESS a honest Human Federal Judge or other Federal Public Servant follows the Constitution and makes Defendant Kim Foxx face Justice for Kim Foxx's many documented crimes.

107.    *EXHIBIT-#21 E-*"NEWS ARTICLE";        **May 25, 2022**, news article about USA former Federal Plaintiff's Mary Alice Relf and Minnie Lee Relf, being unlawfully barbarically attacked AND destroyed, in violation of their Constitutional Rights, just like Plaintiff . Thus, this **news article** clearly proves *(1)* that Federal Plaintiff's are being unlawfully subjected to what amounts to heinous

Page: 24 of 25

Subhuman imposed SLAVERY in many evil ways or forms and *(2)* that such victims are being cheated out of proper redress.

108.    WHEREFORE, additionally, the Plaintiff pray the Court, demand and requests Judgment, as follows:

a.    A Judgment that Defendants violated 42 U.S.C. 1983 and the Fourth Amendment to the United States Constitution;

b.    A Judgment that Defendants violated 42 U.S.C. 1983 and the Fourteenth Amendment to the United States Constitution;

c.    An ORDER forcing Defendants to forthwith return all of Plaintiff's minor Children to Plaintiff at the Federal Courthouse;

d.    An ORDER forcing Defendants to legally void all adoptions forthwith of all Plaintiff's Children, render all of such Children's records in Illinois' possession and reveal the last known whereabouts to Plaintiff of all Plaintiff's Children that are kidnap victims of the State of Illinois beginning in 1994;

e.    An ORDER injunction barring Defendants from kidnapping, under color of law, any of Plaintiff's Children;

f.    An ORDER terminating unlawful State persecution case-#17CR0446801;

g.    An ORDER injunction barring Defendants from kidnapping, under color of law, US Citizens and THEIR Children;

h.    An award of monetary damages;

i.    An award of Attorney's fees and costs; and

j.    For such other relief as the nature of the Case may require or the Court may deem just and proper.

# #3 -ATTACHMENT / "Section-#7 (continued)"

### Monell Claim:

....it's Police department, Police Board, Independent Police Review Authority(*IPRA*), Internal Affairs Division of the Chicago Police Department(*I.A.D.*), Personnel Division, and or Superintendents.

A.)      At all times material to allegations contained in this Complaint, the Defendant City of Chicago and its Police department, Superintendents, I.P.R.A, I.A.D., Personnel Division and/or Police Board had interrelated de facto policies, practices, and customs which included, among other things:

     i)      the failure to properly hire, train, supervise, discipline, transfer, monitor, counsel and/or otherwise control Police officers who commit acts of excessive force;

     ii)      the Police code of Silence;

     iii)      the encouragement of excessive and unreasonable force;

B.)      On December 9, 2015, Mayor Emmanuel speaking on the City of Chicago Council floor said:

"They [the Police Accountability Task Force] have to examine decades of past practices that have allowed abusive Police officers with records of complaints to escape accountability..."

***

"This problem is sometimes referred to as the thin Blue Line. Other time it is referred to as the Code of Silence. It is the tendency to ignore, deny or in some case cover-up the bad actions of a colleague or colleagues.

No officers should be allowed to behave as if they are Above The Law just because they are responsible for upholding the Law.

Permitting and protecting even the smallest acts of abuse by a tiny fraction of our Officers leads to a culture where extreme acts of abuse are more likely."

C.)      On April 13, 2016 the Police Accountability Task Force issued its final report. It contains the

conclusion that the Defendant City of Chicago and its law enforcement personnel have for decades systematically Failed in ways that cause extra judicial injury at the hands of the Police, random but pervasive physical and verbal abuse by the Police, deprivation of basic and Human Constitutional Rights, and lack of individual and systemic accountability.

D.)     The policy, practice, and custom of a Police code of silence results in Police officers refusing to report instances of Police misconduct of which they are aware, despite their obligation under Police regulations to do so, and includes Police Officers either remaining silent or giving false and misleading information during official investigations in order to protect themselves or fellow Officers from internal discipline, civil liability or criminal charges, in cases where they and their fellow officers have used excessive force.

E.)     The City of Chicago and the Chicago Police Department office of professional standards had a pattern and practice of failing to investigate allegations of excessive use of force.

F.)     As a direct and proximate result of Defendant City of Chicago's actions Plaintiffs suffered physical injury and suffered and continues to suffer psychological symptoms and physical injury from those psychological symptoms, mental anguish, psychological and emotional distress, pain and suffering, and economic losses, some or all of which may be permanent.

**EXHIBIT**
**9**
G-TH — LAW OFFICE



(Court Branch # or District #)    7 MAR 17 1 10:00    (SELECT)
(Court Date / Time)    (Arresting Agency #)

**FELONY**

CCCR N662-150M-2/17/03 (33350041)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,
Plaintiff

**COMPLAINT FOR PRELIMINARY EXAMINATION**

v.

No. __1711042570 1__

JAMES H. GARNER
Defendant

ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICE/ JAVELINE JEMISON , complainant, now appears before
(Complainant's Name Printed or Typed)

the Circuit Court of Cook County and states the following:

That: __JAMES H. GARNER__ of __6522 S. WINCHESTER AVE CHICAGO,IL COUNTY OF COOK__ has, on or about
(Defendant)    (Address)

__Jan 25, 2017__ , at the location of __6522 S WINCHESTER AVE__
(Date)    (Place of Offense)

committed the offense(s) of __CHILD ABDUCTION - VIOLATE COURT ORDER - SOLE / JOINT CUSTODY__ in that s/he
INTENTIONALLY VIOLATED THE TERMS OF A VALID COURT ORDER #16JA976 GRANTING SOLE
OR JOINT CUSTODY OR CARE OR POSSESSION OF JAMES E. GARNER, A CHILD, TO ILLINOIS
DEPARTMENT OF CHILDREN AND FAMILY SERVICES, FROM THE JURISDICTION OF THE COURT
OR BY DETAINING OR CONCEALING JAMES E. GARNER.

in violation of __720__ Illinois Compiled Statutes __5.0__ __10-5-B-1__
(Chapter)    (Act)    (Sub Section)

**AOIC Code**

[ ] [ ] [ ] [ ] [ ] [ ]

**FILED**

**JAN 26 2017**

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

(Complainant's Signature)
3645 W. FILLMORE
(Complainant's Address)
(773) 981-0537
(Complainant's Telephone)
ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICE/ JAVELINE JEMISON
(Complainant's Name Printed or Typed)

**STATE OF ILLINOIS** }
**COOK COUNTY** } ss.

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

(Complainant's Signature)

Subscribed and sworn to before me on this __25TH__ day of __JANUARY__ , __2017__

D. BROWN /
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____    Judge's No. _____
    or
WARRANT ISSUED, Bail set at: _____
    or
BAIL SET AT: _____ Judge _____ for _____    Judge's No. _____

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

13127475935                From: Canon Fax                    02/28/17 11:22 PM   Page 2 of

CB#19444532        CW47792              005

**EXHIBIT 10**

(Rev. 12/1)  "G" - LAW OFFICE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.                                          CaseNo.

☐ Violation of-
  ☐ Probation
  ☐ Supervision
  ☐ Conditional Discharge

☐ AMF
☐ Arrest

James          H.          Garner
(First)        (M.I.)      (Last)

**FILE COPY**

ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE GREETING

We command you to arrest Defendant  James        H.        Garner
(First)    (M.I.)    (Last)

for the offense(s) of  First Degree Murder (Two Counts)  Child Abduction, Viol. C.L.T.a.OR.D
(Description)

720      ILCS      5.0      / 10-5-B-1
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

2650 S California        Branch 56/ Room 101
(Location)              (Room)              (Cell or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County, or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS               Issued in Cook County  1-26   17

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(c).

Bail Fixed at $  1,000,000 D

(Geographic Limitations)            2143
                                    No.

ASA J. Marguarett
              Prosecutor

X _____  2143
      Judge         No.

1/26    2017

WITNESS: DOROTHY BROWN, CLERK OF THE COURT of _____

Dorothy Brown
Clerk of The Circuit Court

Deputy Clerk

| Name | James | H. | Garner | Alias |
|------|-------|-----|--------|-------|
| | (First) | (M.I.) | (Last) | |

Residence  6522 S Leichester Ave    Chicago / Stone MFN    IL.    60620
           Street                   City or Town           State   Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License Nn. G65684861017 (IL) |
|-----|------|--------|--------|--------|-----|-----------|-------|------|
| M | Black | 6'00 | 280 Lbs. | | 55 | Medium/Dark | | |
| IR | | CR/DCN | | FBI | | SID | Social Security | Forfeited Bond No. |
| 609382 | | | 406441X2 | | 23377770 | | | |

Complainant's Name  Javeline Jamison (DCFS)    Address  3605 W. Fillmore

Arresting Officer  Det. Toni Washington    Star No. 20983    Agency/Unit C.P.D. Area: South 620    Officer's Key  S

Reviewed By A.S.A. J. Marguarett    Audited By _____
            Prosecutor                           Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PAGE 8/07        WARRANT DEPT        3123255250        01/06/2017 14:04

EXHIBIT
21 C.
6" - LAW OFFICE

## RELIGIOUS FREEDOM

# Christian Designer Fears for Her Life as Case Heads to SCOTUS

Colorado-based website designer receiving death threats over her Supreme Court-bound religious freedom case

**By MARK TAPSCOTT**



SAMIRA BOUAOU/THE EPOCH TIMES

The Supreme Court in Washington on March 10, 2020.

L orie Smith left the corporate world in 2012 to form her own website design firm, 303 Creative, which soon flourished. But in 2016, she was asked to create a design conveying a same-sex marriage message that violated her deeply held Christian faith.

Smith declined to do so, and when it became clear that a Colorado public accommodation law would be used to force her to create messages that she and other Coloradans didn't support, or else face harsh penalties, she decided she had to challenge the statute.

So she turned to the federal court system to uphold her First Amendment freedoms, and, six years later, the Supreme Court will hear oral arguments in her case later this year.

Now, Smith fears for her life as she awaits the slow turning of the wheels of justice—due to continuous terrifying harassment, including death threats, from activists seeking to suppress her Christian beliefs.

"I have received phone calls, I've had mail show up at my home, I have had people wish me really vile things, things that should not be repeated, threats of bodily harm, some really vile things," Smith told The Epoch Times.

"My clients have been harassed, and I love all of them dearly. They've received threats, as well as ultimatums, which has been difficult."

She said the ultimatums have come from "the same groups of people who have been so hateful toward me, but they took it a step further. They figured out my clients' contact information and harassed them as well."

Smith's comments came on May 18 during a discussion with reporters at the Alliance Defending Freedom (ADF) headquarters in the nation's capital. Smith is represented by ADF, an Arizona-based public interest law firm that specializes in First Amendment and religious freedom cases.

Her case is 303 Creative vs. Elenis.

Kristen Waggoner, ADF's general counsel, told reporters that Smith had to appeal her case to the Supreme Court despite multiple facts both sides of the litigation agreed on in the 10th Circuit Court of Appeals.

The 10th Circuit ruled against Smith and in favor of the Colorado Civil Rights Commission in a July 2021 decision.

Chief Judge Timothy Tymkovich dissented, calling the majority opinion "unprecedented" and "staggering" because the "Constitution protects Ms. Smith from the government telling her what to say."

"Though I am loathe to reference Orwell, the majority's opinion endorses substantial government interference in matters of speech, religion, and conscience," Tymkovich said.

"Indeed, this case represents another chapter in the growing disconnect between the Constitution's endorsement of pluralism of belief on the one hand and anti-discrimination laws' restrictions of religious-based speech in the marketplace on the other."

The judge was referring to George Orwell's famous quote: "If liberty means anything at all, it means the right to tell people what they do not want to hear." Tymkovich added the quote to his dissent text.

The first of the essential facts in the case that both sides accepted, Waggoner said, was "that Lorie's religious beliefs are central to her identity and that she strives to glorify God in everything she does.

Even so, she said, "the 10th Circuit Court of Appeals held in a 2-1 decision that the government can actually compel Lorie's speech, even though it admitted that her decisions hinge on what the message is in the speech and not the person who requests it."

Waggoner described the decision as "absolutely unprecedented," and said "our government's duty is to protect freedom, not to take it away. So, if the government has the power to force Lorie to speak a message, then it can force any one of us to speak a message."

The Supreme Court accepted Smith's case in February. Waggoner said law enforcement authorities would be contacted if Smith continued to receive harassment and threats.

Lorie Smith, owner of 303 Creative.

Asked if she feared for her life, Smith said: "Of course. When you hear the things that I've heard, it's terrifying. It definitely makes your skin crawl and the hair on your back stand up.

Waggoner added: "The 10th Circuit also agreed that Lorie, like every other artist, serves everyone. Lorie chooses whether to create websites based on their content, not based on the person that requests that content, and the 10th Circuit agreed with that fact as well. Lorie's websites are protected speech under the First Amendment, and the 10th Circuit agreed with that."

ALLIANCE DEFENDING FREEDOM

> Of course. When you hear the things that I've heard, it's terrifying. It definitely makes your skin crawl and the hair on your back stand up.
>
> Lorie Smith, victim

EXHIBIT 21 D. "G"=LAW OFFICE

# Foxx's Flossmoor Slave Slapped

## Like Will Smith Did Chris Rock!

*suntimes.com | The Hardest-Working Paper in America | Saturday, June 11, 2022*

Another "Illinois Kidnap Mob" **COVER-UP** To Protect JB Pritzker *(no front page story from fake media[FM], public servants don't arrest Foxx, etc)*



# Police called to Foxx's home in domestic dispute

**BY TOM SCHUBA, ANDY GRIMM AND MATTHEW HENDRICKSON**
Staff Reporters

The husband of Cook County State's Attorney Kim Foxx called police to the couple's home in suburban Flossmoor last week, claiming the county's top prosecutor slapped him during an argument, according to a police report released Friday.

Foxx denied the allegation, and no arrests were made in the incident, which took place after her husband, Kelley Foxx, called 911 around 10 p.m. on June 4 to report "a domestic with his wife," according to a Flossmoor police report released in response to a public records request made by the Sun-Times.

When police arrived, Kelley Foxx alleged that his wife had "gotten physical" and "got mad about something," according to the report.

Kelley Foxx told police Kim Foxx had demanded he leave the house, grabbed him by the collar and blocked him from leaving a bathroom. He alleged that after his wife knocked a video game controller out of his hand, she slapped him on the left cheek, the report states. The officer who responded to the scene said he was unable to identify any marks "to support his claim of being struck."

Kim Foxx denied hitting her husband, admitting only that "she did put her hands on him but it was only to help guide him out of the house," the report states.

"Kimberly expressed that she felt Kelley called police only to hurt her," the officer wrote. Foxx is the county's top law enforcement official whose office is responsible for reviewing cases of alleged domestic violence.

Asked if he felt safe in the house, Kelley Foxx told the officer "he just

wanted someone to understand what is happening here."

"She can't come in my personal space and put her hands on me," Kelley Foxx said, according to the report.

Police said it was the first time they had been dispatched to the home and the couple told officers "things have never been physical" during their more than 20 years together.

"Neither Kimberly nor Kelley chose to leave the home for the evening," the report stated.

The officer concluded: "I did not see any evidence to support an arrest in this incident."

Police did not release video of the call, though the report notes the responding officers had activated their body-worn cameras when they arrived at the house.

Kim Foxx declined an interview request. But through a spokeswoman, she and her husband released a joint statement Friday saying, "This is a personal family matter, and we ask that you provide our family with respect and privacy."

State domestic violence laws require police agencies to make a detailed report on any alleged domestic violence incident, whether or not an arrest is made. Those reports should be sent to the state's attorney's office for review, even if police or the alleged victim do not want to press charges, according to the Illinois Criminal Justice Authority, a state agency.

In this case, a Foxx spokeswoman said Flossmoor police did not send an incident report about the call to the state's attorney's office. She said if they had, "any conflicts would be referred to the Chief Ethics Officer who would make a recommendation based on the Rules of Professional Conduct."

**State's Attorney Kim Foxx**

## A Few Foxx **FACTS**:

1. Jan 26, 2017- Foxx filed fraud pleading upon the Court to attain illegal $1,000,000-bond!

2. Nov 7, 2020- Foxx threatens Flossmoor Protestors and intimidates witness Phil Cocomise!

3. Nov 9, 2020- Foxx arranged kidnapping of **Baby "FIG"** from her Mom Tina Turner! *(Visit FreedomParty1.com for info on crime)*

4. Dec 3, 2020- Foxx sued in Federal Court (*20CV07337*) for arranging kidnapping of Bill James!

5. Jan 9, 2021- Foxx sent goon "Sam D" to threaten Cocomise(*847-912-7668*) with kidnap!

6. Jan 19, 2022- Foxx sued(*22CV00333*) for arranging assassins' unlawful detaining of James!

7. Feb 22, 2022- Foxx arranged kidnap of Latoya Ware who also sued Foxx(*22CV02236*)!

8. May 17, 2022- Foxx flaunted Subpoena to continue persecution case-*17CR0446801* with help from a Sub-human public servant!

9. Jun 4, 2022- Foxx avoided arrest and jail for confessed crimes against Flossmoor Slave **Kelly** "Cupcake" **Foxx**, with helpful Sub-human public servants!

10. Conclusion: Foxx is a Sub-human crook, who enjoys protection from Gov JB Pritzker's RICO "**ENTERPRISE**" that controls many Sub-human public servants that Cover-up rampant Illinois crime by mob under-bosses like Foxx, Tim Evans, etc!

Get MORE great insider NEWS stories, that Fake Media(*FM*) hides, by FOLLOWING.......



# #1 NEWS
# @HUMANvsSubhuman
on Twitter.com



**Kelley** "Cupcake" **Foxx**, Flossmoor Cop & Democrats ! "[I] want someone to understand what is happening HERE!" "[Foxx]...can't...put...hands on me!"



EXHIBIT
21 E
G" LAW OFFICE

# USA Slavery Alive & Well In 2022!

"Garner", "Turner", & Relf SISTERS Still Suffering From "Hidden SLAVERY", Currently Being PRACTICED All Across America By <u>SubHuman Criminals</u> Like Illinois Gov JB Pritzker, CCSA Kim Foxx, Chicago Mayor Lori Lightfoot, Joe Biden, etc!

## Will YOU Join Fight For Your FREEDOM -OR- Will You Wait To Be A Slavery Victim?



New York Times Magazine

Mary Alice (left) and Minnie Lee at home in May.

A Few **FACTS** About "Hidden SLAVERY":

1. **1973**- While Sub-Humans were heinously butchering Mary and Minnie's ability to EVER have kids, **Tina Turner** was arriving to be destroyed along with her sister Latoya in another <u>WAY</u>!

2. Under Sub-Human SLAVERY, most poor targeted SISTERS are but livestock and <u>PREY</u>!

3. **2017**- Latoya's kids and **Tina's** ELEVEN kids had all been kidnapped in <u>ILLINOIS</u>!

4. All of the girls and most of the <u>BOYS</u>!

5. **Nov 9, 2020**- Despite never having been convicted of any crime, **Tina's** youngest daughter Baby "FIG" was kidnapped, to join her then 4-year old sister Baby Africa butchered as a baby in <u>2016</u>! (*Visit **FreedomParty1.com***)

6. Three Generations of SISTERS all destroyed by **2022** is beyond downright <u>MEAN</u>!

7. Three sets of **USA** SISTERS all in <u>PAIN</u>!

8. Just as evil as Sub-Human's attempt to ENSLAVE <u>UKRAINE</u>!

9. While immoral Sub-Human's use lying labels to cover-up their atrocious "SLAVERY" <u>NAME</u>!

10. Humans suffer, until understanding that there is Only **ONE ETERNAL** "Human vs Sub-Human" <u>WAR GAME</u>!

Mary Alice pulled a chair close to her sister, so they were nestled next to each other as in the Ebony photo and nearly every other photo of the Relf sisters. They are now 61 and 63; looking at them pressed together as though attached, I could still see the faces of the two young girls forever memorialized a half century ago beneath the headlines "Suit Says Girls Were Sterilized" in The New York Times; "Sterilized, Why?" in Time magazine; and, in Ebony, "Sterilization: Newest Threat to the Poor."

In the summer of 1973, Minnie Lee and Mary Alice were taken from their home in Montgomery, cut open and sterilized against their will and without the informed consent of their parents by a physician working in a federally funded clinic. The Relf case would change the course of history: A lawsuit filed on their behalf, Relf v. Weinberger, helped reveal that more than 100,000 mostly Black, Latina and Indigenous women were sterilized under U.S. government programs over decades. It also officially ended this practice and forced doctors to obtain informed consent before performing sterilization procedures — though as it would turn out, forced sterilizations by state governments would continue into the 21st century.

**Get MORE great insider NEWS stories, that** Fake Media(*FM*) hides, by **FOLLOWING**.......

# #1 NEWS
## @HUMANvsSubhuman
on Twitter.com



SLAVERY ! **Hospital Exam**, Bed, & **Butcher**! Kidnapping **Democrats**!

"*SLAVERY WILL ONLY BE A SUBHUMAN CREATED PROBLEM, AS LONG AS HUMANS FAIL TO BUILD A POLITICAL PARTY THAT SYSTEMATICALLY PERMANENTLY REMOVES ALL LYING SLAVERY LOVING SUBHUMANS FROM POWER! THEN AND ONLY THEN, WILL THE USA AND WORLD, ENJOY MORE*

*PEACE AND PROSPERITY FOR MORE PEOPLE!*" *PEACE*