IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES GARNER,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22 C 3185 |
| | ) | |
| **CITY OF CHICAGO, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

The Court grants plaintiff's motion to proceed *in forma pauperis* because it adequately shows he cannot prepay the filing fee. However, pursuant to 28 U.S.C. § 1915(e)(2), the Court dismisses plaintiff's complaint as legally frivolous for the reasons stated below. The Clerk is directed to enter judgment dismissing the case. All pending motions are terminated [4] [5].

## STATEMENT

James Henry Garner has filed a *pro se* lawsuit asserting claims under 42 U.S.C. § 1983 and state law. Mr. Garner has also file a motion to proceed *in forma pauperis*, that is, without paying the usual filing fee. For this reason, the Court has reviewed his complaint to determine if it is frivolous or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2).

Mr. Garner has sued literally dozens of defendants. They include the City of Chicago; Cook County State's Attorney Kim Foxx; 3 former Cook County State's Attorneys; the Chief Judge of the Circuit Court of Cook County; Chicago Mayor Lori Lightfoot; Illinois Governor J.B. Pritzker; 5 judges of this Court (Judges Dow, Lee, Pacold, Seeger, and Shah); a number of named Cook County assistant state's attorneys and other employees of that office; several named Chicago police officers; 16 unknown and unnamed police officers; 16 unknown and unnamed workers for State's Attorney Foxx; the University of Chicago; 9 unknown and unnamed University of Chicago employees; and perhaps others.

The primary focus of Mr. Garner's claims is what he calls the "kidnapping" of his child, identified in the complaint as "Baby FIG," in November 2020, purportedly in retaliation for Mr. Garner protesting against State's Attorney Foxx and her office and for filing earlier lawsuits. But the complaint does not stop there; it appears to allege a sprawling years-long conspiracy (sometimes referred to by Mr. Garner as a RICO enterprise) involving the Cook County courts—which he refers to as the "illegal un-Constitutional Cook County 'Kangaroo' rigged Court system"—and the aforementioned judges of this court, as well as the other defendants, essentially to ruin Mr. Garner's

life—all because, Mr. Garner says, he "has continuously resisted Illinois 'Hidden SLAVERY.'" Compl. ¶ 100.

The fact that Mr. Garner's lawsuit does not just concern the November 2020 events involving "Baby FIG" is made clear by a later-filed "emergency petition and motion for a temporary restraining order" that Mr. Garner filed. In that motion he asks the Court to "dissolve, vacate, and render illegal [a] retaliatory fraudulent State criminal case—17CR00446801 null and void" and to enjoin the defendants from instituting further state criminal proceedings against him. In his complaint Mr. Garner seeks—in addition to awards of damages against all of the defendants—the termination of what he calls the "unlawful State persecution case-#17CR00446801"; an order "barring Defendants from kidnapping under color of law, US Citizens and THEIR Children"; an order barring Defendants from kidnapping any of *his* children; an order forcing Defendants to return his minor children to him; and an order voiding any adoptions of any of his children.

The Court dismisses Mr. Garner's lawsuit. He has brought his claims to court in a way that renders them legally frivolous. Among other things, he has sued persons (including judges and prosecutors) who enjoy absolute immunity from suits for damages, *see Stump v. Sparkman*, 435 U.S. 349 (1978) (judges), and *Buckley v. Fitzsimmons*, 509 U.S. 259 (1993) (prosecutors for acts associated with judicial process); he lumps all of the defendants together in a vast purported conspiracy; and he is inappropriately attempting to enjoin pending and not-yet-filed state criminal prosecutions, *see Younger v. Harris*, 401 U.S. 37 (1971). More generally, Mr. Garner's sprawling attempt to indict essentially the entirety of government, including local and state government, as well as the state and federal judicial branches, is legally frivolous. The lawsuit cannot appropriately be maintained, and requiring the defendants to respond to it would unfairly tax their resources, as well as those of the Court. For these reasons, the Court dismisses the case pursuant to its authority under 28 U.S.C. § 1915(e)(2).

Date: August 8, 2022

_____
MATTHEW F. KENNELLY
United States District Judge