# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 6, 2023

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 22-1612 | BILL JAMES TURNER,<br>     Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO et al.,<br>     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-07337<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |
| No. 22-2461 | JAMES H. GARNER,<br>     Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>     Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-03185<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

These appeals are **DISMISSED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court